AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Ronald L. Richman (SBN 139189); Joye Blanscett (SBN 191242)<br>BULLIVANT HOUSER BAILEY PC<br>601 California St., Ste. 1800<br>San Francisco, CA 94105<br><br>TELEPHONE NO.: (415) 352-2700  FAX NO.: (415) 352-2701<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|
| NAME OF COURT: United States District Court, Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF: Jose Moreno, et al.<br>DEFENDANT: Division Two Construction, Inc., et al. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>☒ ENFORCEMENT OF JUDGMENT ☐ ATTACHMENT (Third Person)<br>☒ Judgment Debtor ☐ Third Person | CASE NUMBER:<br>C-04-5353 MHP |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*: John Michael Shearer
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☒ furnish information to aid in enforcement of a money judgment against you.
   b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: April 20, 2007  Time: 9:30 AM  Dept. or Div.: 15th Floor  Rm.: A
Address of court ☒ shown above  ☒ is: 450 Golden Gate Ave., San Francisco, CA 94102

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: February 26, 2007

Joseph C. Spero, U.S. Mag. Judge

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. ☒ Judgment creditor  ☐ Assignee of record  ☐ Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: John Michael Shearer  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☒ the judgment debtor.
   b. ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐ This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 14, 2007

Joye Blanscett
(TYPE OR PRINT NAME)  (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment-Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120<br>American LegalNet, Inc.<br>www.USCourtForms.com |

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters):*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

# ATTACHMENT A

Debtor is further ordered to produce for inspection the following documents and things at the Appearance and Examination of Judgment Debtor John Michael Shearer which are described as follows:

- Marriage license, certificate or other document showing your current marital status.
- Your driver's license.
- Current utilities bill showing your current residence.
- Your (but not your spouse's) voters registration certificate showing current residence.
- Social Security Registration showing your social security number.
- Current salary or wage statement showing your current salary or wages and employment.
- Your federal income tax returns for years 2001 though 2006, including attached schedules and related forms 1099 and 1098
- All statements from any bank, credit union, savings institution, thrift or loan company bank or other financial institution for any checking, savings, deposit, trust account, or safety deposit box in your name, your spouse's name or both, with the last five years.
- Any record or receipt showing where you keep your cash or negotiable instruments.
- Documents (e.g. title or registration) showing ownership interest in any motor vehicle, construction equipment, boat, airplane, mobile home, or trailer.
- Documents showing ownership or investment interest in any partnership, joint venture, LLC, LLP, corporation or any other form of business entity, and showing the name of the business, its officers, address and phone number.
- Documents showing any fictitious business name filing by you within the last 5 years.
- Any Contractor's license issued to you or to any fictitious business name under which you have done business, worked for, run or established in the last seven years.
- Documents showing investments in stocks, bonds, or other securities, including retirement accounts by you or your spouse within the last five years.
- Documents showing any claims, cross-claims, or counter-claims filed by you in any currently pending civil lawsuit or action, whether in a judicial proceeding or arbitration.
- Documents showing any claims submitted by you in any currently pending bankruptcy proceeding.
- Documents showing any money judgment awarded to you that is currently unsatisfied.
- Documents showing any other indebtedness of any person or entity to you, individually or as a partner whether from a loan, debt, sale or any other kind of contract, including funds in escrow.
- Documents showing land or tenancy rent, crops, timber or mineral resources or income therefrom whether currently due or expected.
- Documents showing a claim that any assets are exempt from levy.

- Documents, including mortgage or trust deed or U.C.C. filings, showing any security interest encumbering your interest in real or personal property.
- Documents, including mortgage, deed of trust, or U.C.C. filing, showing that you hold a security interest in property.
- Documents showing any accounts receivable or owed to you or to any fictitious business name under which you have done business, tax refunds due, or pending loan application.
- Documents showing a beneficiary interest held by you in any will or trust or estate of a deceased or in any insurance contact.
- Documents showing an interest in any chattel paper, negotiable instrument, or negotiable document of title.
- Any records or documents showing any other sources of income of any kind you have had in past 7 years (including, but not limited to, gifts, trust gambling receipts.)
- Any records of any accounts held by another person or entity for you showing credit balance in your favor.
- Any record of any barter for goods and services.
- Record showing contracts with you or any business in which you participate for work, showing contractor, developer, or client with the last five years and amounts owing now or in the future.