Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>DIVISION TWO CONSTRUCTION, INC. et al.<br><br>Defendants. | Case No.: C 04 5353 JCS<br><br>**REQUEST TO VACATE ORDER OF EXAMINATION; ORDER THEREON**<br><br>Date: March 21, 2008<br>Time: 1:30 p.m.<br>Ctroom: A, 15th Floor<br>Hon. Joseph C. Spero |

///

///

///

///

///

Plaintiffs The Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California are the Plaintiffs herein. The Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("the Trust Funds") hereby request that this Court vacate the March 21, 2008 Order of Examination for John Michael Shearer, personally, and John Michael Shearer, on behalf of Division Two Construction, Inc., on the grounds that Plaintiffs Trust Funds recently learned that John Michael Shearer is no longer residing in the United States and that there are no other representatives of Defendant Division Two Construction, Inc. upon which an Order of Examination can be served.

DATED: February 25, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## ORDER

Based on the above and good cause appearing,

IT IS HEREBY ORDERED THAT the March 21, 2008 Order of Examination for John Michael Shearer, personally, and John Michael Shearer, on behalf of Division Two Construction, Inc., be vacated.

Dated: February 27, 2008

_____
Hon. Joseph C. Spero
United States Magistrate Judge